

**IT IS ORDERED as set forth below:**

**Date: July 8, 2021**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATE BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| ASHLEY NICOLE HUGHES, | * | CASE NO. 18-64150-BEM |
| | * | |
| DEBTOR. | * | |

**ORDER GRANTING DEBTOR'S MOTION TO ALLOW COMPROMISE OF CLAIM, APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL AND FOR DEBTOR TO RETAIN NET PROCEEDS**

This matter arose on Debtor's "Motion to Allow Compromise of Claim, Application for Compensation of Special Counsel and For Debtor to Retain Net Proceeds" (the "Motion") (Doc. No. 44) which was filed in the above-styled Chapter 13 case May 28, 2021. The proposed settlement is in the amount of $6,700.00. Pursuant to the exhibit attached to the Motion, Debtor proposed the following disbursement of the settlement proceeds: $2,300.83 attorney's fee and costs payable to The Law Offices of Julian Lewis Sanders & Associates, LLC ("Special Counsel"), $2,346.10 for medical providers and records and the net proceeds in the amount of $2,053.07 to Debtor to pay for car repairs, medical expenses and home repairs.

Upon notice, a hearing was held June 30, 2021, at 10:00 A.M.  Present were Thomas Reichard (Clark & Washington, LLC) on behalf of Debtor and Sonya Buckley Gordon for the Chapter 13 Trustee.  No opposition was announced.  Based upon the foregoing, the record in this case and for good cause shown:

**IT IS HEREBY ORDERED** that Debtor's Motion is **GRANTED**: the settlement is approved and $2,300.83 may be paid to Special Counsel for attorney's fee and costs, $2,233.33 may be paid to AICA and $112.77 may be paid to The Records Company.

**IT IS FURTHER ORDERED** that Debtor may retain the net proceeds in the amount of $2,053.07.  Special counsel is directed to disburse funds in a timely manner following entry of this order.

**END OF DOCUMENT**

Presented by:
_____/s/_____
Thomas Reichard
GA Bar #150822
Attorney for Debtor
CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
(404) 522-2222
treichard@cw13.com

No opposition by:
_____/s/_____
Sonya B. Gordon
GA Bar #140987
Attorney for Chapter 13 Trustee
285 Peachtree Center Ave, N.E.
Suite 1600
Atlanta, GA 30303

**DISTRIBUTION LIST**

The Clerk of Court shall serve all parties on the Mailing Matrix.